**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SilverRock Development Company, LLC, *et al*.,<br><br>Debtors. | Chapter 11<br><br>Bankr. Case No. 24-11647 (MFW)<br>(Jointly Administered) |
| Construction Loan Services II, LLC,<br><br>Appellant,<br><br>v.<br><br>SilverRock Development Company, LLC, *et al.,*<br><br>Appellees. | Civil Action No. 25-01342-CFC |

**ORDER GRANTING MOTION OF CONSTRUCTION LOAN
SERVICES II, LLC D/B/A BUILDERS CAPITAL FOR
STAY PENDING APPEAL OF SALE ORDER**

Upon the motion (the "**Motion**")[1] of Construction Loan Services II d/b/a

Builders Capital ("**Builders**") for entry of an order (the "**Order**") staying the

effectiveness of the Sale Order until the resolution of Builders' appeal thereof, all as

more fully set forth in the Motion; and the Court having jurisdiction over the matters

raised in the Motion; and the Court having reviewed the Motion; and the Court

---

[1] Capitalized terms used but not otherwise defined herein shall have the respective
meanings ascribed to such terms in the Motion.

having found that good and sufficient cause exists for granting the relief requested in the Motion after having given due deliberation upon the Motion therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED, as set forth herein.

2.      The Sale Order shall be stayed pending final resolution of Builders' appeal thereof.

3.      Notwithstanding any rule to the contrary, this Order shall take effect immediately upon entry.

4.      The Court shall retain jurisdiction to resolve any disputes arising under or related to this Order and to interpret, implement, and enforce the provisions of this Order.


Dated: _____          _____
                                                    Chief United States District Court Judge

2