**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| SILVERROCK DEVELOPMENT | ) | Bankruptcy Case No.: 24-11647-MFW |
| COMPANY, LLC, et al., | ) | Bankr. BAP No. 25-0048 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| CONSTRUCTION LOAN SERVICES II, | ) | |
| LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-1342-CFC |
| | ) | |
| SILVERROCK DEVELOPMENT | ) | |
| COMPANY, LLC, et al., | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

<u>**ORDER**</u>

At Wilmington, Delaware, this **4th day of December 2025,**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals

from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023,

the Court conducted an initial review of this matter, including having gathered information from

the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through

mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that

mediation is not appropriate in this matter and recommends that the assigned District Judge issue

an order withdrawing the matter from mediation and setting the following appellate briefing

schedule (agreed to by the parties):

1. Appellant's Opening Brief shall be filed on December 19, 2025.

2. Appellees' Answering Brief shall be filed January 20, 2026.

3. Appellant's Reply Brief shall be filed February 2, 2026.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE