IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*, | : : : : | Chapter 11<br>Case No. 24-11647 (MFW)<br>(Jointly Administered) |
| Debtors. | : | |

| | | |
|---|---|---|
| CONSTRUCTION LOAN SERVICES II, LLC, | : : : | |
| Appellant, | : | Civ. No. 25-1342-CFC |
| v. | : : | |
| SILVERROCK DEVELOPMENT, COMPANY, LLC, *et al.*, | : : : | |
| Appellees. | : : | |

# ORDER

For the reasons set forth in the accompanying Memorandum, it is hereby ORDERED:

1. Appellant's Motion for Leave to Exceed Word Limitation (D.I. 10) is GRANTED.

2. Appellant's Motion for Stay Pending Appeal of Sale Order (D.I. 8) is DENIED.

3. The Recommendation (D.I. 24) is ADOPTED, and the following schedule shall govern briefing on the merits of this appeal: appellant's opening brief shall be filed by December 19, 2025; appellees' answering brief shall be filed by January 20, 2026; and appellant's reply brief shall be filed by February 2, 2026.

Entered this Fifth Day of December 2025.

_____
CHIEF JUDGE