## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br>Jointly Administered |
| CONSTRUCTION LOAN SERVICES II, LLC,<br><br>　　　　Appellant,<br><br>　　　　v.<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*,<br><br>　　　　Appellees. | Civil Action No. 25-01342-CFC |

## ORDER

The Parties have submitted a Joint Stipulation, in which they informed the Court that a Mediation with respect to certain disputes among them is currently underway and that the Parties believe that it would be beneficial to the Mediation to stay the deadlines currently in effect with respect to the Appeal, including the Opening Brief and the Motion to Dismiss, to allow the Mediation to proceed.

Having considered the Joint Stipulation, and good cause appearing,

**IT IS HEREBY ORDERED THAT** the briefing schedule in this Appeal shall be modified as set forth below:

1.  All briefing deadlines with respect to the Appeal, including the Motion to Dismiss and responses and replies in respect of the Opening Brief, are hereby stayed until the earlier to occur of: (i) March 13, 2026, (ii) the Appellant's withdrawal from the Mediation, (iii) any declaration from the mediator in the Mediation that the Mediation has concluded, or (iv) the Debtors convey to the other Parties in writing that they will no longer pay for the Mediation due to it no longer being beneficial to the estates.

2.  Upon the occurrence of any of conditions (i) through (iv) set forth in the preceding paragraph and notice filed on the docket of the Appeal, the Appellees shall have eighteen (18) days to respond to the Opening Brief and the Appellant shall have seven (7) days to respond to the Motion to Dismiss.

3.  The deadline for any of the Parties to file a reply in support of, as applicable, the Opening Brief or the Motion to Dismiss, shall be as determined under the Federal Rules of Bankruptcy Procedure, the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, or order of this Court.

This __10th__ day of March, 2026.

_____

Honorable Colm F. Connolly, Chief Judge

-2-