## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SilverRock Development Company, LLC, *et al.*, | Bankr. Case No. 24-11647 (MFW) (Jointly Administered) |
| Debtors. | |
| Construction Loan Services II, LLC, | |
| Appellant, | |
| v. | Civil Action No. 25-01342-CFC |
| SilverRock Development Company, LLC, *et al.,* | |
| Appellees. | |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Michael L. Schuster to represent Appellant Construction Loan Services II, LLC

in this matter.

Dated: April 6, 2026          POLSINELLI PC
       Wilmington, Delaware

                              */s/ Stephen A. Smith*
                              Stephen A. Smith (Del. Bar No. 7456)
                              222 Delaware Avenue, Suite 1101
                              Wilmington, Delaware 19801
                              Telephone: (302) 252-0920
                              Facsimile: (302) 252-0921
                              sasmith@polsinelli.com

                              *Counsel for Appellant*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____

                              _____
                              United States District Judge

110153052.2

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida and Colorado; am admitted to practice before the United States District Court for the Northern, Southern and Middle Districts of Florida and the United States District Court for the District of Colorado; and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order on Attorney Registration and Pro Hac Vice Fees, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 6, 2026                                    POLSINELLI PC

*/s/ Michael L. Schuster*
Michael L. Schuster
1401 Lawrence Street
Suite 2300
Denver, Colorado 80202
Telephone: 303-572-9300
mschuster@polsinelli.com

2

110153052.2